WILLIAM BETTINELLI, Respondent, v. RAYMON BETTINELLI et al., Appellants.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

SAMUEL L. HORNSTEIN, Appellant, v. LIEBMANN BREWERIES, INC., et al., Respondents.—

On the facts disclosed by this record, it was an improvident exercise of discretion to deny the preference. Appeal from order entered April 24, 1961, dismissed without costs; that order was superseded by the subsequent order granting reargument and adhering to the original decision. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

In the Matter of VINCENT S. ALBINI, an Alleged Incompetent Person, Respondent. JOSEPHINE PETERS, Appellant; LOUIS MARTONE, as Special Guardian for Alleged Incompetent, Respondent.—

Motion by respondent Albini to dismiss appeal on the ground that petitioner is not a party aggrieved; the motion having been renewed on the argument of the appeal by permission of this court heretofore given on October 23, 1961. The motion is denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.